**PENNSYLVANIA COMPANY FOR INSURANCES ON LIVES AND GRANTING ANNUITIES, Surviving Executor of Estate of Charles W. Tindle, Deceased, v. UNITED STATES of America, Appellant.**

No. 8957.

Circuit Court of Appeals, Third Circuit.
Argued Jan. 8, 1946.
Decided Jan. 15, 1946.

Frederic G. Rita, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key and A. F. Prescott, Sp. Assts. to Atty. Gen., and Gerald A. Gleeson,

758

U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellant.

Francis H. Bohlen, of Philadelphia, Pa. (Saul, Ewing, Remick & Saul, of Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 59 F.Supp. 667, is affirmed.